IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | |
|---|---|
| OPENMIND SOLUTIONS, INC., ) | |
| ) | CASE NO.: 2:12-cv-00411 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN HOLLAND, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF ACTION WITH PREJUDICE**

Plaintiff, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses, with prejudice, all causes of action in the complaint against John Doe with prejudice. John doe has neither filed an answer to the complaint nor a motion for summary judgment with respect to the same. Dismissal under Rule 41(a)(1) is therefore appropriate. After filing the complaint and identifying and naming the Defendant in question, Plaintiff and Defendant entered into terms settling this matter to the satisfaction of all parties.

        Respectfully submitted,

        Openmind Solutions, Inc.

**DATED:** August 13, 2012

        By: /s/ Timothy V. Anderson
            TIMOTHY V. ANDERSON (VSB 43803)
            Anderson and Associates, PC
            2492 N. Landing Road, Suite 104
            Virginia Beach, VA 23456
            Telephone: (757) 301-3036
            Facsimile: (757) 301-3640
            E-mail: timanderson@virginialawoffice.com
            *Attorney for Plaintiff*